FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

ALEC P. RICE
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Alec.Rice@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR13 00578 |
| Plaintiff, | |
| vs. | INFORMATION<br>18 U.S.C. § 13;<br>H.R.S. § 291E-61(a)(1) |
| ALVIN R. DANIELS, | Citation No.: 3707443/H-10 |
| Defendant. | A & P Date: JUN 2 5 2013 |

INFORMATION

The United States Attorney charges that:

On or about March 16, 2013, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, ALVIN R. DANIELS, defendant herein, unlawfully operated or assumed actual physical control of the operation of a vehicle upon a public street, road, or highway while under the influence of alcohol in an amount sufficient to impair normal mental

faculties or ability to care for oneself or guard against casualty.

All in violation of Hawaii Revised Statute 291E-61(a)(1), a federal offense pursuant to Title 18, United States Code, Section 13.

DATED: **JUN 1 3 2013**, Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By _____
ALEC P. RICE
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. v. ALVIN R. DANIELS
CR. NO.
Citation No.: 3707443/H-10      **CR13 00578**
"INFORMATION"